# EXHIBIT 1 TO ORDER

4935-4135-4337.1 57097.001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[3]<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>      Plaintiff,<br><br>vs.<br><br>BZL, INC.,<br><br>      Defendant. | Adv. Proc. No. 25-50832 (TMH) |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant BZL, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[3]   The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including September 17, 2025.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| Dated: August 22, 2025 | Dated: August 22, 2025 |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | MADOFF & KHOURY LLP |
| */s/ Peter J. Keane* | */s/ David B. Madoff* |
| Bradford J. Sandler (DE Bar No. 4142) | David B. Madoff |
| Peter J. Keane (DE Bar No. 5503) | Pine Brook Office Park |
| Edward A. Corma (DE Bar No. 6718) | 124 Washington Street, Suite 202 |
| 919 North Market Street, 17th Floor | Foxboro, MA 02035 |
| P.O. Box 8705 | Phone: 508-543-0040 |
| Wilmington, DE 19899-8705 (Courier 19801) | Fax: 508-543-0020 |
| Telephone: (302) 652-4100 | Email: madoff@mandkllp.com |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | *Counsel to Defendant* |
|    pkeane@pszjlaw.com | *BZL, Inc.* |
|    ecorma@pszjlaw.com | |
| *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* | |