IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>      Plaintiff,<br><br>vs.<br><br>BZL, INC.,<br><br>      Defendant. | Adv. Proc. No. 25-50832 (TMH) |

## PLAINTIFF'S STATUS REPORT

Plaintiff, George L. Miller, in his capacity as chapter 7 trustee of Christmas Tree Shops, LLC, et al., (the "Plaintiff" or "Trustee"), for the estates of the above-captioned debtors (the "Debtors"), submits this status report in response to the *Notice and Order of Request for Status Report* [Adv. Docket No. 9].

The Plaintiff and the defendant in the above-captioned adversary proceeding are in informal discussions regarding this matter.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4924-5689-9963.1 57097.001

|  |  |
|---|---|
| Dated:  November 21, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Peter J. Keane* |
|  | Bradford J. Sandler (DE Bar No. 4142) |
|  | Peter J. Keane (DE Bar No. 5503) |
|  | Edward A. Corma (DE Bar No. 6718) |
|  | 919 North Market Street, 17th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, DE 19899-8705 (Courier 19801) |
|  | Telephone:  (302) 652-4100 |
|  | Facsimile:  (302) 652-4400 |
|  | Email:    bsandler@pszjlaw.com |
|  |          pkeane@pszjlaw.com |
|  |          ecorma@pszjlaw.com |
|  | *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee* |